# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZULEMA LEON GARCIA and LAURA PAVLOFF,<br><br>Plaintiffs,<br><br>v.<br><br>HANFORD POLICE OFFICER JON CHAVEZ; UNKNOWN LAW ENFORCEMENT OFFICERS,<br><br>Defendants. | Case No. 1:19-cv-01667-LJO-SKO<br><br>ORDER GRANTING APPLICATIONS TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 2 & 3) |

Plaintiffs Zulema Leon Garcia and Laura Pavloff filed a complaint and applications to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on November 25, 2019 (Docs. 1–3). Plaintiffs' applications demonstrate entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' applications to proceed in forma pauperis are GRANTED;

2. The Clerk of Court is DIRECTED to issue a summons; and

3. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendants as directed by the plaintiffs.

IT IS SO ORDERED.

Dated: **December 2, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE