TATIANA L. ALTMAN, SBN 319080
AURORA M. THOME, SBN 301570
JESSICA M. JEWELL, SBN 274586
California Rural Legal Assistance, Inc.
1020 15th Street, Suite 20
Modesto, California 95354
Telephone: (209) 577-3295
Facsimile: (209) 577-1098
athome@crla.org

CYNTHIA L. RICE, SBN 87630
California Rural Legal Assistance, Inc.
1430 Franklin Street, Suite 103
Oakland, California 94612
Telephone: (510) 267-0762
Facsimile: (510) 267-0763
crice@crla.org

**Attorneys for Plaintiffs,
ZULEMA LEON GARCIA and
LAURA PAVLOFF**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZULEMA LEON GARCIA and LAURA PAVLOFF,<br><br>        Plaintiffs,<br>    v.<br>ARNULFO GARIBAY and MARICELA CUEVAS,<br><br>        Defendants. | Case No. 1:19-cv-01667-NONE-SKO<br><br>**ORDER AMENDING SCHEDULING ORDER**<br><br>(Doc. 41) |

On October 14, 2021, the parties filed a Stipulation to Amend Scheduling Order, requesting that certain dates and deadlines in the Scheduling Order be continued to allow the parties to focus on settlement negotiations. (Doc. 41.)  For good cause shown, the Court GRANTS the parties' request.  The Scheduling Order (Docs. 26, 36) is hereby MODIFIED as follows:

| Event | Prior Date | Continued Date |
|---|---|---|
| Filing of Motion for Leave to Amend Pleadings | April 5, 2021 | January 3, 2022 |
| Non-Expert Discovery Completion | November 3, 2021 | February 3, 2022 |
| Expert Disclosures | November 3, 2021 | February 3, 2022 |
| Rebuttal Expert Disclosures | November 17, 2021 | February 17, 2022 |
| Expert Discovery Completion | December 16, 2021 | March 16, 2022 |
| Non-Dispositive Motion Filing | December 29, 2021 | March 29, 2022 |
| Non-Dispositive Motion Hearing | January 26, 2022 | April 27, 2022[1] |
| Dispositive Motion Filing | December 29, 2021 | April 26, 2022 |
| Pretrial Conference | March 24, 2022 | August 10, 2022 at 8:15 a.m.[2] |

The Settlement Conference, currently set for November 2, 2021, and all associated dates and deadlines shall remain as set.

IT IS SO ORDERED.

Dated:   **October 15, 2021**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Magistrate Judge Sheila K. Oberto hears civil motions on Wednesdays at 9:30 a.m.
[2] The Court continues the Pretrial Conference to a date later than the one requested by the parties to allow the Court sufficient time to rule on dispositive motions in advance of the Pretrial Conference.